AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# ORIGINAL UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

RUSSELL STEEDLEY,
    Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES,
    Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

07 - 448

I, Russell Steedley declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees of costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.      Are you currently incarcerated?      ☒ Yes      ☐ No (If "No" go to Question 2)

     If "YES" state the place of your incarceration Delaware Department of Corrections

     **Inmate Identification Number (Required):** 00249572

     Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes

     *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2.      Are you currently employed? ☒ Yes      ☐ No

     a.      If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $61.00 a month, Delaware Department of Corrections, 1181 Paddock Rd. Smyrna, DE 19977

     b.      If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.      In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ | ☒ |
| b. | Rent payments, interest or dividends | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
| d. | Disability or workers compensation payments | ☐ | ☒ |
| e. | Gifts or inheritances | ☒ | ☐ |
| f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive. From $50.00 to $100.00 a year from various friends and family members.

4.  Do you have any cash or checking or saving accounts? ☐ Yes ☒ No

    If "Yes" state the total amount $

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.
    None.

    I declare under penalty of perjury that the above information is true and correct.

    14 July 2007
    DATE

    _____
    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-448

TO: Russell Steedley   SBI#: 249572

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: July 2, 2007



FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD-scanned

Attached are copies of your inmate account statement for the months of January 1, 2007 to June 30, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Jan   | 86.57 |
| Feb   | 40.71 |
| March | 48.63 |
| April | 51.32 |
| May   | 46.37 |
| June  | 39.22 |

Average daily balances/6 months: 52.14

Attachments
CC: File

Stacy Shane
7/2/07

Jeanette LaTour
7/2/07

Date Printed: 7/2/2007

**Individual Statement**
**From January 2007 to June 2007**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00249572 | STEEDLEY | Russell | E | | Beginning Month Balance: | $86.21 |
| Current Location: | W1 | | | | Ending Month Balance: | $15.33 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 1/2/2007 | $65.57 | $0.00 | $0.00 | $151.78 | 366481 | | EDUCATION 11/24-12 | |
| Canteen | 1/2/2007 | ($35.40) | $0.00 | $0.00 | $116.38 | 367186 | | | |
| Wage-1099 | 1/8/2007 | $7.80 | $0.00 | $0.00 | $124.18 | 369446 | | E BLDG 11/24-12/23/0 | |
| Canteen | 1/9/2007 | ($19.65) | $0.00 | $0.00 | $104.53 | 370250 | | | |
| Canteen | 1/16/2007 | ($17.96) | $0.00 | $0.00 | $86.57 | 373555 | | | |
| Canteen | 1/23/2007 | ($28.71) | $0.00 | $0.00 | $57.86 | 376055 | | | |
| Canteen | 1/30/2007 | ($41.69) | $0.00 | $0.00 | $16.17 | 379818 | | | |
| Canteen | 2/6/2007 | ($9.42) | $0.00 | $0.00 | $6.75 | 383112 | | | |
| Wages | 2/7/2007 | $45.26 | $0.00 | $0.00 | $52.01 | 384029 | | EDUCATION 12/24/06 | |
| Wage-1099 | 2/8/2007 | $6.60 | $0.00 | $0.00 | $58.61 | 384749 | | EDUCATION 12/24/06 | |
| Canteen | 2/13/2007 | ($4.65) | $0.00 | $0.00 | $53.96 | 386278 | | | |
| Canteen | 2/20/2007 | ($14.45) | $0.00 | $0.00 | $39.51 | 390185 | | | |
| Canteen | 2/27/2007 | ($12.98) | $0.00 | $0.00 | $26.53 | 393195 | | | |
| Wages | 3/1/2007 | $71.74 | $0.00 | $0.00 | $98.27 | 395024 | | EDUCATION 1/24-2/2 | |
| Wage-1099 | 3/1/2007 | $6.60 | $0.00 | $0.00 | $104.87 | 395121 | | EDUCATION 1/24-2/2 | |
| Canteen | 3/6/2007 | ($47.45) | $0.00 | $0.00 | $57.42 | 397091 | | | |
| Canteen | 3/13/2007 | ($10.42) | $0.00 | $0.00 | $47.00 | 399705 | | | |
| Pay-To | 3/16/2007 | ($4.50) | $0.00 | $0.00 | $42.50 | 401580 | | PROJECT AWARE | |
| Canteen | 3/20/2007 | ($17.14) | $0.00 | $0.00 | $25.36 | 402628 | | | |
| Canteen | 3/27/2007 | ($18.81) | $0.00 | $0.00 | $6.55 | 406281 | | | |
| Mail | 3/30/2007 | $30.00 | $0.00 | $0.00 | $36.55 | 407836 | 10953401973 | | J FULLENWEIDNER |
| Wages | 4/2/2007 | $55.29 | $0.00 | $0.00 | $91.84 | 408242 | | EDUCATION 2/24-3/2 | |
| Wage-1099 | 4/2/2007 | $4.00 | $0.00 | $0.00 | $95.84 | 408561 | | VOTEC 2/24-3/23/07 | |
| Canteen | 4/3/2007 | ($36.83) | $0.00 | $0.00 | $59.01 | 409352 | | | |
| Canteen | 4/10/2007 | ($5.53) | $0.00 | $0.00 | $53.48 | 412564 | | | |
| Canteen | 4/17/2007 | ($25.68) | $0.00 | $0.00 | $27.80 | 416055 | | | |
| Mail | 4/20/2007 | $25.00 | $0.00 | $0.00 | $52.80 | 417645 | 11090525005 | | IRENE DUFFY |
| Canteen | 4/24/2007 | ($6.35) | $0.00 | $0.00 | $46.45 | 419331 | | | |
| Wages | 5/1/2007 | $52.20 | $0.00 | $0.00 | $98.65 | 421561 | | EDUCATION 3/24-4/2 | |
| Canteen | 5/1/2007 | ($37.11) | $0.00 | $0.00 | $61.54 | 422770 | | | |
| Canteen | 5/8/2007 | ($13.62) | $0.00 | $0.00 | $47.92 | 425699 | | | |

Date Printed: 7/2/2007

# Individual Statement
## From January 2007 to June 2007

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00249572 | STEEDLEY | Russell | E | | Beginning Month Balance: | $86.21 |
| Current Location: W1 | | | | | Ending Month Balance: | $15.33 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/15/2007 | ($6.46) | $0.00 | $0.00 | $41.46 | 428721 | | | |
| Mail | 5/17/2007 | $10.00 | $0.00 | $0.00 | $51.46 | 429832 | 08701035513 | | UNK |
| Canteen | 5/22/2007 | ($14.00) | $0.00 | $0.00 | $37.46 | 431259 | | | |
| Canteen | 5/29/2007 | ($14.56) | $0.00 | $0.00 | $22.90 | 433938 | | | |
| Wages | 6/1/2007 | $64.29 | $0.00 | $0.00 | $87.19 | 435407 | | EDUCATION 4/24-5/2 | |
| Canteen | 6/5/2007 | ($45.12) | $0.00 | $0.00 | $42.07 | 439165 | | | |
| Canteen | 6/12/2007 | ($5.12) | $0.00 | $0.00 | $36.95 | 441720 | | | |
| Canteen | 6/19/2007 | ($8.66) | $0.00 | $0.00 | $28.29 | 445029 | | | |
| Canteen | 6/26/2007 | ($12.96) | $0.00 | $0.00 | $15.33 | 448371 | | | |

Ending Month Balance: $15.33

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00