{Rev.S/O~}

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Russell E. Steedley
(Name of Plaintiff)                    (Inmate Number)    :
                                                          :
Delaware Department of Corrections                        :
1181 Paddock Rd.
Smyrna, DE 19977                                          :
(Complete Address with zip code)                          :           0 7 - 4 4 8
                                                          :
(2)                                                       :
(Name of Plaintiff)                    (Inmate Number)    :        (Case Number)
                                                          :    (to be assigned by U.S. District Court)
                                                          :
                                                          :
(Complete Address with zip code)                          :
                                                          :
                                                          :
(Each named party must be listed, and all names          :
must be printed or typed. Use additional sheets if needed) :

            VS                                             :    **CIVIL COMPLAINT**
                                                          :
(1) Correctional Medical Services                         :
                                                          :
(2) Unknown Employees                                     :    **Jury Trial Requested**
                                                          :
(3) Correctional Medical Services, Region                 :
        (Names of Defendants)                             :

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)



**I.    PREVIOUS LAWSUITS**

   A.        If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
             number including year, as well as the name of the judicial officer to whom it was assigned:
Russell Steedley, et al., VS United States of America Air Force
Cited unknown, Judge Longobardi 1995 or 1996

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C.    If your answer to "B" is Yes:

1. What steps did you take? On April 10th, 2007, Plaintiff filed a Institutional Medical Grievance

2. What was the result? The Grievance was heard and denied by a CMS nurse. It was appealed and that appeal hearing was held on June 26th. At the appeal hearing, the Medical Grievance Committee that consisted of representatives from CMS and DOC, Plaintiff original grievance (#106965) was denied again. An appeal was filed to Bueau Chief of this prison.

D.    If your answer to "B" is No, explain why not:

**III    DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: CMS

Employed as Private contract health care provider at Delaware Department of Corrections

Mailing address with zip code: 1201 College Park Dr. Suite 101, Dover, DE 19904

(2) Name of second defendant: CMS, unknown employee(s)

Employed as          at

Mailing address with zip code:

(3) Name of third defendant: CMS

Employed as Region Office at

Mailing address with zip code: 12647 Olive Blvd. St. Louis, Mo. 63141

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.      The defendant CMS Region (Main office), is the parent company of CMS-Delaware and as such is solely responsible for setting policies, regulations, practices, rules, and daily internal operations regarding the administration and provision of health services provided to Delaware prisoners. Defendant CMS has been deliberately indifferent to plaintiff's need for an operation to replace his severely osteoarthritic hip joint, otherwise known as degenerative joint disease (DJD), as recommended by several medical experts, including their own. The defendants are in clear violation of plaintiff's Eighth Amendment Rights. Defendant(s) policies and practice ensure that the plaintiff is treated with cost saving drugs that are destroying his internal organs, such as his kidney, as found in the medication precautions to long term use, as oppose to following the recommendations made by medical experts, which is to have plaintiff's joint replacement operation.

2.

3.

V.      **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.      Injunctive Relief: Plaintiff requests that this Honorable Court order defentant(s) to allow for the joint replacement sugery and any physical therapy that may be required as followup treatment.

Compensatory Damages: Plaintiff requests that this Honorable Court order the defendant(s) to reimbuse plaintiff for the cost of litigation in the amount of $1,000.00 and $1,000,000.00 for the pain, suffering, and emotional distress.

Punitive Damages: Plaintiff requests that this Honorable Court award plaintiff with $,100,000.00 in punitive damages.

2.

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ **/ 6** ___ day of ___ **July** ___ , 20 **07**.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

I/M Russell Steadley
SBI# 279522 UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



I/M Russell Steadley
SBI# 00349522 UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk U.S.D.C.
U.S. District Court
Lockbox 18
844 N. King St.
Wilmington, DC 19801

Legal Mail