☐ ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RUSSELL E. STEEDLEY,       )
   Plaintiff,            )
   v.                    )   C.A. _____ 07-448
CORRECTIONIONAL MEDICAL SERVICES, Inc, et al,  )
   Defendants.           )

**NOTICE OF AND MOTION FOR THE APPOINTMENT OF COUNSEL**

COMES NOW, PLAINTIFF RUSSELL E. STEEDLEY, pro se and gives notice this Honorable Court that plaintiff is seeking appointment of counsel to represent him in the above-captioned case.

Plaintiff Russell E. Steedley, in pursuant to 28 U.S.C. Section 1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1. Plaintiff lacks the financial resources to retain competent and experienced counsel.

2. The legal and medical issues involved in this case are complex and plaintiff does not have sufficient knowledge to prosecute his case before the court and accessibly to germane medical material.

3. Plaintiff, as an inmate at the Delaware Correctional Center (DCC), does not have access to the internet – filtered or limited to legal research Websites such as LEXIS and WESTLAW – in order to find applicable case law to support his allegations and arguments.

4. Plaintiff does not have open access to conventional and unrestricted telephone system, E-mail and fax in order to contact medical professionals; accredited and reputable agencies, organizations and associations; and expert witnesses require for a jury trial.

5. Plaintiff does not have the ability to investigate the facts; identity, questions and depose of witnesses; and to access, analyze and take possession of copies of his medical records from the Delaware Department of Corrections, CMS and/or any other Health Care Provider due to his status as an inmate, administrative and corporate policies, rules, and regulations.

DATED: 16 July 2007

Russell Steedley
SBI#249572, W-1, H-13
Delaware Correctional Center
1181 Paddock Rd
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RUSSELL E. STEEDLEY,           )
   Plaintiff,                  )
v.                             )    C.A._____
CORRECTIONIONAL MEDICAL SERVICES, Inc, et al, )
   Defendants.                 )

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

RUSSELL E. STEEDLEY, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the defendants have been deliberately indifferent and discriminatory toward plaintiff's need to receive full and adequate treatment for his chronic Degenerative Joint Disease. He has been denied access to an orthopedic surgeon/specialist. Plaintiff deteriorating joint condition and the adverse affects produced by the treatment currently provided is negatively impacting the plaintiff and is approaching to point where the damage may become irreversible.

3. The plaintiff has demanded a jury trial.

4. Plaintiff has extremely limited resources at his disposal; which severely limits his ability to conduct the appropriate investigations, interview/depose witnesses and experts.

5. Plaintiff is a layman of the law.

6. Plaint is also a layperson regarding the field of general medical practice.

7. The case may require substantial discovery of documents and depositions and subpoena of numerous witnesses.

WHEREFORE, the plaintiff's MOTION FOR THE APPOINTMENT OF COUNSEL should be granted.

I declare under the penalty of perjury, pursuant to 28 U.S.C. Section 1746 and 18 U.S.C. Section 1621, that the foregoing is true and correct.

Signed this __16__ day of __July__, 2007

Russell Steedley
SBI#249572, W-1, H-13
Delaware Correctional Center
1181 Paddock Rd
Smyrna, DE 19977

2