IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-448-*** ) |
| CORRECTIONAL MEDICAL SERVICES, UNKNOWN EMPLOYEES, AND CORRECTIONAL MEDICAL SERVICES REGION, | ) ) ) ) ) |
| Defendants. | ) |

RECEIVED SEP - 4 2007 BN U.S. DISTRICT COURT DISTRICT OF DELAWARE

## AUTHORIZATION

I, Russell Steedley, SBI #249572, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $12.63 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 26, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Aug 24, 2007.

_____
Signature of Plaintiff

I/M Russell Steedley
SBI# 249572 UNIT W-1 H-13
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

WILMINGTON DE 197
31 AUG 2007 PM 2 T

Clerk of the Court
District of Delaware
Building 844 N. King St Lockbox 18
Wilmington, DE
19801