IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY<br>Plaintiff<br><br>V.<br><br>CORRECTIONAL MEDICAL SERVICES<br>UNKNOWN EMPLOYEES AND<br>CORRECTIONAL MEDICAL SERVICES<br>REGIONAL<br>Defendants | Civil Action No. 07-448-***<br><br>Jury Trial Demanded |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Russell Steedley, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint adding a party.

1. The plaintiff in his original complaint named unknown employees.
2. Since the filing of the complaint the plaintiff has determined that one of the unknown defendants is Gail Eller, a CMS employee.
3. This court Should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227 (1962); Interroyal Corp. v. Sponseller, 889 F.2d. 108, 112 (6th Cir.),cert. denied, 494 U.S. 1091 (1990).

Respectfully Submitted,

Date: Sept. 4, 2007

Russell E. Steedley
SBI # 00249572  W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

RECEIVED
SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE