IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RUSSELL STEEDLEY,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           )   Civil Action No. 07-448-***
                                 )
CORRECTIONAL MEDICAL SERVICES,   )
ET AL.,                          )
                                 )
            Defendants.          )

### ORDER

At Wilmington, this **11th** day of **September, 2007**,

Pursuant to Federal Rule of Civil Procedure 15(a),

IT IS HEREBY ORDERED that plaintiff's motion for leave to file an amended complaint (D.I. 12) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE