IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-448-*** |
| | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, GAIL ELLER, UNKNOWN | ) |
| EMPLOYEES, and CORRECTIONAL | ) |
| MEDICAL SERVICES REGIONAL, | ) |
| | ) |
| Defendants. | ) |

**SERVICE ORDER**

At Wilmington this 14 day of September, 2007, plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A; and the court having identified cognizable medical needs claims within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Plaintiff's motion for appointment of counsel (D.I. 7) is denied without prejudice with leave to refile following service of the complaint.

3. The complaint lists as defendants Unknown Employees. When plaintiff learns the identities of the Unknown Employees, he shall immediately move the court for an order directing amendment of the caption and service of the complaint on them.

4. Defendants shall file a response to plaintiff's motion for temporary restraining order/preliminary injunction (D.I. 4) within **twenty-one (21)** days after they are served. Defendants shall provide with their responses a copy of plaintiff's medical records for the court's review.

IT IS FURTHER ORDERED THAT:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide **original** "U.S. Marshal-285" forms for **each defendant**, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c).  **Plaintiff has provided the court with copies of the amended complaint (D.I. 13) for service upon defendants and the attorney general.  Plaintiff shall also provides copies of the motion for temporary restraining order/preliminary injunction (D.I. 4), supporting memorandum (D.I. 5), and appendix (D.I. 6) for service upon defendants and the attorney general.  The plaintiff is notified that the United States Marshal will not serve the amended complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court.  Failure to provide the "U.S. Marshal 285" forms for each defendant and the attorney general within 120 days of this order may result in the amended complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

2. Upon receipt of the form(s) required by paragraph 1 above, the United States Marshal shall forthwith serve a copy of the amended complaint (D.I. 13), motion for temporary restraining order/preliminary injunction (D.I. 4), supporting memorandum (D.I. 5), appendix (D.I. 6), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) so identified in each 285 form.

3. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not

been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

4. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

5. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

6. **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

7. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service.
***

_____
UNITED STATES DISTRICT JUDGE