Russell Steedley, 249572
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

October 1, 2007



FILED
OCT -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Honorable Mary Pat Thynge
844 King Street, Lockbox 18
U.S. Courthouse
Wilmington, DE 19801

RE: **Stay of Proceeding, <u>Steedley v. Correctional Medical Services</u>, et al.**

To the Honorable Mary Pat Thynge:

On September 26th, 2007, the plaintiff, Russell Steedley, who is pro se in the above caption was informed by Gail Eller RN, of CMS, that his request for an operation to repair/replace his right hip was officially approved and that said medical procedure should take place relatively soon and no later than a couple of months.

If and when this operation takes place, the plaintiff will be temporarily housed in the prison's infirmary. Subsequently, he will not have access to his legal work or be able to attend law library appointment, which will effectively hamper his ability to litigate his case in a timely matter. Therefore, the plaintiff respectfully requests a Stay of Proceeding upon return from surgery when the operation does take place.

In no way does this request wave any of the plaintiff's rights and his allegations found in his Complaint and TRO/PI. The Plaintiff only wishes this Stay to be in effect between the time period during his surgical procedure and the immediate time period following that operation used for convalescence in the prison's infirmary. Once the plaintiff is returned to his assigned housing unit, he will be given full access to the law library and to his legal material. The defendants will in no way be prejudiced by a Stay of Proceeding.

Very truly,

Russell Steedley

cc:  CMS, Regional Office
     CMS, Main Office
     Clerk of Court
     Attorney General

## Certificate of Service

I, Russell Steedley hereby certify that I have served a true and correct copy(ies) of the attached Request for Stay of Proceeding upon the following parties/persons:

| | |
|---|---|
| To: Attorney General of Delaware<br><br>820 N. French Street<br><br>Wilmington, DE 19801 | To: CMS<br><br>Correctional Medical Services, Inc.<br><br>12647 Olive Blvd.<br><br>St. Louis, Mo. 63141 |
| To: CMS<br><br>Delaware Regional Office<br><br>1201 College Park Drive, Suite 101<br><br>Dover, DE 19904 | To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this  1st  day of October, 2007        28 U.S.C. Section 1746

_____
Russell Steedley
SBI # 00249572

IAM Russell Steckley
SBI# 249572   UNIT W.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

Clerk of the Court
844 King Street, Lockbox 18
U.S. Courthouse
Wilmington, DE
19801