Russell Steedley
SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

October 17, 2007

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

**RE: Request for Docket Sheet, <u>Steedley v. CMS</u>, Civil No.07-448-\*\*\***

Dear Peter Daleo:

    I, the plaintiff in the above caption case wishes to have a current Court Docket Sheet sent to me in order to determine the status of service of the plaintiff's Complaint; Amended Complaint; TRO/PI Motion and Memorandum upon the Defendants, CMS.

Very truly,

Russell Steedley

cc: file



USA First-Class

U.S.M.S
X-RAY

WILMINGTON DE 197

19 OCT 2007 PM 1 L

I/M Russell Steedley

SBI# 249572 UNIT W-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk

United States District Court

844 N. King St. Lockbox 18

Wilmington DE

19801-3570