Russell Steedley
SBI#249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

November 8th, 2007

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

    **RE:  Notice of the Identity Unknown Employees in,**
           **Steedley v. CMS, Civil Action No.07-448-\*\*\***

Dear Peter Daleo:

    In accordance with the September 14th, 2007, Service Order, paragraph #3, the plaintiff in the above caption case hereby serves notice of the identity of the unknown CMS employees, and respectfully moves this court for an order directing amendment of the caption and service of the complaint on the following individuals:
John Rundle, who has been identified as the Medical Administrator for CMS; and Scott Altman, who has been identified as the Quality Assurance Manager/Supervisor for the Office of Information on Inmate Medical Issues at the CMS Regional Office.

    The plaintiff was just recently able to confirm that the aforementioned defendants hold and have held the positions of authority that has denied and/or deferred the decision to provide the plaintiff's surgery. However, their identity was not known to the plaintiff until now.

                                Very truly,

                                Russell Steedley



FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, Russell Steedley hereby certify that I have served a true and correct copy(ies) of the attached Notice of letter of Identity of Unknown CMS Employees upon the following parties/persons:

| | |
|---|---|
| To: Attorney General for Delaware<br><br>820 N. French Street<br><br>Wilmington, DE 19801 | To: CMS<br><br>12647 Olive Blvd.<br><br>St. Louis, Mo. 63141 |
| To: Gail Eller<br><br>Director of Nures, CMS<br><br>1181 Paddock Rd.<br><br>Smyrna, DE 19977 | To: CMS<br><br>Delaware Regional Office<br><br>1201 College Park Drive, Suite 101<br><br>Dover, DE 19904 |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 8th day of November, 2007

Pursuant to 28 U.S.C. Section 1746 and 18 U.S.C. Section 1621

Russell Steedley
SBI # 00249572,

IM Russell Steeley
SBI# 249572   UNIT (w-1)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, DE
19801-3570