IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Civil Action No. 07-448-***-MPT <br> ) <br> CORRECTIONAL MEDICAL ) <br> SERVICES, GAIL ELLER, UNKNOWN ) <br> EMPLOYEES, and CORRECTIONAL ) <br> MEDICAL SERVICES REGIONAL, ) <br> ) <br> Defendants. ) | |

**SUPPLEMENTAL SERVICE ORDER**

WHEREAS, on November 14, 2007, plaintiff filed a motion to amend the caption of the amended complaint to identify unknown employee defendants as John Rundle and Scot Altman (D.I. 20);

THEREFORE, at Wilmington this ___ day of November, 2007, IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Plaintiff's motion (D.I. 20) is **GRANTED**.

3. The clerk of the court is directed to amend the court docket by changing defendant "unknown employees" to defendants John Rundle and Scott Altman.

4. Defendants shall file a response to plaintiff's motion for temporary restraining order/preliminary injunction (D.I. 4) within **twenty-one (21)** days after they are served. Defendants shall provide with their responses a copy of plaintiff's medical records for the court's review.

IT IS FURTHER ORDERED that:

1. This order shall supplement the court's service order (D.I. 15) dated September 14, 2007.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide **original "U.S. Marshal-285" forms for newly identified defendants John Rundle and Scott Altman,** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **Plaintiff shall also provide the court with copies of the amended complaint (D.I. 13) and motion to amend complaint (D.I. 20) for service upon the newly identified defendants and the attorney general. Plaintiff shall also provide copies of the motion for temporary restraining order/preliminary injunction (D.I. 4), supporting memorandum (D.I. 5), and appendix (D.I. 6) for service upon the newly identified defendants and the attorney general. The plaintiff is notified that the United States Marshal will not serve the amended complaint and all other required documents until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms for each newly identified defendant and the attorney general within 120 days of this order may result in the amended complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the amended complaint (D.I. 13), motion to amend complaint (D.I. 20), motion for temporary restraining order/preliminary injunction

(D.I. 4), supporting memorandum (D.I. 5), appendix (D.I. 6), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) so identified in each 285 form.

    4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

    7. **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous Service Orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(a). ***

8. **Note:** \*\*\* Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service.

\*\*\*

                                                                         /s/ *signature*
Honorable Mary Pat Thynge
U.S. Magistrate Judge