OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 10, 2007

TO: Russell Steedley
SBI# 249572
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civ. No.* 07-448(***)

Dear Mr. Steedley:

Please be advised that this office has received the required U.S. Marshal 285 forms in the above referenced case.

Your amended complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                              PETER T. DALLEO
                                  CLERK

cc: The Honorable Mary Pat Thynge
    U.S. Marshal
    Pro Se Law Clerk