IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEEDLEY, | : | |
| | : | C.A. No. 07-448 |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, INC., GAIL ELLER, | : | |
| UNKNOWN EMPLOYEES and | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| REGIONAL, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S ANSWER TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUCTION

Defendant Correctional Medical Services, Inc. ("Answering Defendant") by and through its undersigned counsel of record, hereby opposes Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction (D.I. 4), and states as follows:

1. Plaintiff filed the instant Motion on or about July 19, 2007 (D.I. 4), seeking a Court order requiring Defendants to provide Plaintiff with hip replacement surgery.

2. On October 10, 2007, Plaintiff wrote to the Court requesting the above-captioned action be stayed because he was scheduled to receive hip replacement surgery. (D.I. 18).

3. Plaintiff is currently on the list for hip replacement surgery. CMS is waiting for the orthopedic surgeon to schedule the procedure. For security reasons, CMS cannot tell Plaintiff when the procedure will be performed.

4. Accordingly, Plaintiff's Motion is moot.

WHEREFORE , for the foregoing reasons, Defendant Correctional Medical Services, Inc. respectfully requests Plaintiff's Motion (D.I. 4) be DENIED.

BALICK & BALICK, LLC

    /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services, Inc.

Date:   December 11, 2007

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 11th day of December 2007, the foregoing Defendant's Answer to Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction was filed via CM/ECF and served First Class Mail upon the following:

> Russell Steedley
> SBI# 249572
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

　　　　　　　　　　　　　　　　　　/s/ James E. Drnec
　　　　　　　　　　　　　　　James E. Drnec, Esquire (#3789)