IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY, <br> Plaintiff, <br> v. <br><br> CORRECTIONAL MEDICAL SERVICES, INC., <br> GAIL ELLER, JOHN RUNDLE, <br> SCOTT ALTMAN, and CORRECTIONAL <br> MEDICAL SERVICES <br> REGIONAL, <br> Defendants. | ) <br> ) <br> ) C.A. No. 07-448-*** <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiff respectfully moves for an extension of 20 days from the date of current deadline to respond to the defendant, Correctional Medical Services'("CMS") Answer to the plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction.

In support thereof, plaintiff states the following:
1. Plaintiff is an inmate at the Delaware Correctional Center. He is indigent and cannot afford counsel; therefore at this stage of his case, he will have to proceed pro se.
2. Plaintiff has limited knowledge and experience in legal matters and research, which will be the focus of his response.
3. Additionally, due to the limitations imposed by the institution on the use and access to the law library, he does not have unfettered access to visit the library facility.

WHEREFORE, based on the above reason, plaintiff respectfully prays this Honorable Court to grant his motion and extend the time for filing his response to the defendant's Answer.

Date: 12/19/07

FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Pursuant to 28 U.S.C. § 1746

Russell Steedley, pro se
SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

## Certificate of Service

I, Russell Steedley hereby certify that I have served a true and correct copy(ies) of the attached Motion for Enlargement of Time upon the following parties/persons:

| | |
|---|---|
| To: James E. Drnec, Esq.<br><br>711 King St.<br><br>Wilmingtion, DE 19801<br><br>Attorneys for Defendant CMS | To: Scott Altman<br><br>Delaware Regional Office<br><br>1201 College Park Drive, Suite 101<br><br>Dover, DE 19904 |
| To: John Rundle, Medical Super.<br><br>Prison Infirmary, CMS<br><br>1181 Paddock Rd.<br><br>Smyrna, DE 19977 | To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 19 day of December, 2007

Russell Steedley
SBI # 00249572



I/M Russell Steedley
SBI# 249522   UNIT W.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
844 King St., Lockbox 18
Wilmington, DE
19801