IN THE UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY,<br>    Plaintiff,<br>v.<br><br>CORRECTIONAL MEDICAL SERVICES, INC.,<br>GAIL ELLER, JOHN RUNDLE,<br>SCOTT ALTMAN, and CORRECTIONAL<br>MEDICAL SERVICES, REGIONAL.<br>    Defendants. | )<br>)<br>) C.A. No. 07-448-***<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANT CORRECTIONAL MEDICAL SERVICES' ANSWER TO MOTION FOR TEMPORARY RESTRAINING ORDED/PRELIMINARY INJUNCTION**

    Plaintiff, pro se, in the above caption case respectfully requests this court to abstain in dismissing his Motion for TRO/PI, until the defendant Correctional Medical Services ("CMS"), actually provides the medical procedure (hip replacement surgery) and appropriate physical therapy as requested and stated in said Motion for TRO/PI.

    The defendants claim in their Answering Motion that the medical procedure has been officially approved of and that they are in the process of scheduling the operation with a medical expert, but cannot reveal the date or time to the plaintiff for security reasons. However, they have made a similar promise in September 2007, during a Medical Grievance Hearing. At that hearing they told the plaintiff that, "you could expect to be taken out for the operation soon – no later than two months at the most." See Exhibit A.

    To date, the defendants have not followed up on that promise made in September. In early December, the plaintiff was informed by one of CMS's doctors that: "It's official; you will be getting that operation finally. Expect to be taken out soon!" The

plaintiff has heard this promise before and remains skeptical until said operation has occurred.

THEREFORE, this court should not consider any of the claims in the plaintiff's Motion for TRO/PI "moot" unless and until the defendants fulfill all of their medical obligations or demands sought in said Motion.

Date: 12/26/07

Pursuant to 28 U.S.C. § 1746

Russell Steedley, pro se
SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

## Medical Grievance Appeal Form

This must be completed and returned to the IGC by the due date. If not received by the due date your appeal will not be processed. This form is to be returned via the Grievance Box If you do not wish to appeal you must return this form with the notation that you do not wish to appeal. DO NOT send this form to Medical Department.
Please specify the reason for the appeal in the space below.

Grievant: Russell Steebley            SBI#: 00249572

Housing Unit: W-1                     Case#: 117326

Date: 9-26-07                         Due Date: 10-3-07

On the above date and at 0650 hrs, I was informed by the MG committee that the operation to repair my damaged right hip has been approved and that I should be taken out for that procedure within the next two months or relatively sooner. I decline signing off on this MG until the actual procedure has been performed. Therefore, this second Appeal will only become ~~relative~~ relevant and factual if said medical procedure is not carried out within the time promised by MG chairperson Gail Eller.

Exhibit A

INMATE SIGNATURE

If you need additional space, attach 8.5" X 11" size sheets of paper.

## Certificate of Service

I, Russell Steedley hereby certify that I have served a true and correct copy(ies) of the attached PLAINTIFF'S RESPONSE TO DEFENDANT CORRECTIONAL MEDICAL SERVICES' ANSWER TO MOTION FOR TRO/PI upon the following parties/persons:

To: James E. Drnec, Esq.

    711 King St.

    Wilmington, DE 19801

    Attys for Defendant CMS

To: John Rundle, Med. Super.

    Prison Infirmary, CMS

    1181 Paddock Rd.

    Smyrna, DE 19977

To:

To: Scott Altman

    Delaware Regional Office

    1201 College Park Dr. Suite 101

    Dover, DE 19904

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 26th day of Dec, 2007

Pursuant to 28 U.S.C. Section 1746.

_____
Russell Steedley
SBI # 00249572
1181 Paddock Rd,
Delaware Correctional Center
Smyrna, DE 19977

I/M Russell Sheesley
SBI# 247572   UNIT W-1 J-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE
19801