IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-448-***-MPT |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington, this **3rd** day of **January, 2008**,

IT IS HEREBY ORDERED that plaintiff's motion for extension of time to file reply brief in support of motion for temporary restraining order (D.I. 28) is GRANTED. Plaintiff's reply brief shall be filed by January 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE