OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 14, 2008

To: Russell Steedley
SBI # 249572
Delaware Correctional Center W-1 Unit
1181 Paddock Road
Smyrna, DE 19977

RE:   Plaintiff's letter to James Drnec, Esq. dated 1/7/08, received on 1/10/08
C.A. No. 07-448-***(MPT)

Dear Mr. Steedley:

The Clerk's Office is in receipt of the above referenced document (enclosed and returned herewith). Please be advised that a letter of this nature will not be placed on the court docket as the matter addressed in the document should be handled only between the parties of the civil action.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

PETER T. DALLEO
Clerk of Court

/ntl
cc: The Honorable Mary Pat Thynge