IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEEDLEY, | : | |
| | : | C.A. No. 07-448 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, INC., GAIL ELLER, | : | |
| UNKNOWN EMPLOYEES and | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| REGIONAL, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendants Scott Altman and John Rundle. This entry of appearance is not a waiver of any defense available to defendants and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC


　　　/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendants
Scott Altman and John Rundle

Date:   March 3, 2008

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 3rd day of March, 2008, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

> Russell Steedley
> SBI# 249572
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

        /s/ James E. Drnec
James E. Drnec, Esquire (#3789)