

Russell Steedley
SBI# 249572, D-INF Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

February 26, 2008

Honorable Judge Gregory M. Sleets
844 King Street, Lockbox 18
U.S. Courthouse
Wilmington, DE 19801

    RE: Plaintiff's Current Medical Status and Status of
        Previously filed "Stay of Proceeding" Motion.
        Steedley v. CMS, et al., C.A. No. 07-448-GMS-MPT

To the Honorable Judge Gregory M. Sleets:

    I, Russell Steedley, the plaintiff in the above caption case respectfully wishs to inform your honor of my present status. On January 21st 2008, the plaintiff was taken to Milford Memorial Hospital, where opthopedic specialist, Dr. Richard DuShuttle performed a successfil hip replacement operation on the plaintiff. Subsequently, the plaintiff was transferred back to Delaware Correctional Center's prison infirmary, where according to the medical staff, the

plaintiff will remain for several months to rehab and recover from major surgery. During plaintiff's stay at prison's infirmary he will not have access to his legal material nor to the prison's law library.

However, in anticipation of these limitations, on October 1, 2007, the plaintiff filed a request for a "Stay of Proceeding," with the Honorable Mary Pat Thynge, which was to go into effect on the date when the defendant's September 26th 2007, approval of the operation for plaintiff took place. After receiving and reviewing your Honor's Memorandum Order, dated 2-25-08, which denied the plaintiff's TRO/PI Motion it became apparent that either the plaintiff's current status was unknown or that the previously approved Stay of Proceeding request was invalid.

THEREFORE, the plaintiff respectfully prays that this court validate plaintiff's request for Stay of Proceeding until he is officially release from the care of the prison's infirmary and allowed access to the prison's law library and his legal material.

Very truly,

Russell Steedley

cc: Clerk of the Court
James E. Drnec, Esq (Attorney for defendants)

Russell Steedley
SBI# 249.572, D-INF Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

February 26, 2008

Honorable Judge Gregory M. Sleets
844 King Street, Lockbox 18
U.S. Courthouse
Wilmington, DE 19801

RE: Plaintiff's Current Medical Status and Status of Previously filed "Stay of Proceeding" Motion.
Steedley v. CMS, et al., C.A. No. 07-448-GMS-MPT

To the Honorable Judge Gregory M. Sleets:

I, Russell Steedley, the plaintiff in the above caption case respectfully wishes to inform your honor of my present status. On January 21st 2008, the plaintiff was taken to Milford Memorial Hospital, where orthopedic specialist, Dr. Richard DuShuttle performed a successful hip replacement operation on the plaintiff. Subsequently, the plaintiff was transferred back to Delaware Correctional Center's prison infirmary, where, according to the medical staff, the

plaintiff will remain for several months to rehab and recover from major surgery. During plaintiff's stay at prison's infirmary he will not have access to his legal material nor to the prison's law library.

However, in anticipation of these limitations, on October 1, 2007, the plaintiff filed a request for a "Stay of Proceeding," with the Honorable Mary Pat Thynge, which was to go into effect on the date when the defendant's September 26th, 2007, approval of the operation for plaintiff took place. After receiving and reviewing your Honor's Memorandum Order, dated 2-25-08, which denied the plaintiff's TRO/PI Motion it became apparent that either the plaintiff's current status was unknown or that the previously approved Stay of Proceeding request was invalid.

THEREFORE, the plaintiff respectfully prays that this court validate plaintiff's request for Stay of Proceeding until he is officially release from the care of the prison's infirmary and allowed access to the prison's law library and his legal material.

Very truly

Russell Steedley

cc: Clerk of the Court
    James E. Drnec, Esq. (Attorney for defendants)

I/M Russell Steckley
SBI# 249572   UNIT D-INS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 FEB 2008 PM 3 T



Honorable Judge Gregory M. Sleets
844 King Street, Lockbox 18
U.S. Courthouse
Wilmington, DE.
19801

