IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RUSSELL STEEDLEY,                              )
        Plaintiff,                             )
                                               )                          GMS
        v.                                     ) Civil Action # 07-448 - ✱✱✱
CORRECTIONAL MEDICAL SERVICES, Inc, et al.     )
        Defendants.                            )

NOTICE OF AND MOTION FOR THE APPOINTMENT OF COUNSEL

COMES NOW, PLAINTIFF RUSSELL STEEDLEY, pro se and gives notice to this

Honorable Court that he wishes to renew his request for appointment of counsel. The

Plaintiff, in pursuant to 28 U.S.C. § 1915, requests this court to appoint counsel to

represent him in the above caption case for the following reason:

1.  Plaintiff lacks the financial resources to retain competent and experience counsel.

2.  The legal and medical issues involved in this case leads the plaintiff to believe

    that expert medical testimony will be required and the plaintiff does not have

    sufficient knowledge to prosecute his case before the court  and accessibility to

    germane medical material.

3.  Plaintiff is an incarcerated person, who does not have open access to convention

    and unrestricted telephone system, Email, and/or fax machines in order to contact

    medical professionals; accredited and reputable agencies, organizations, and

    associations; and expert witnesses required to prepare for and present testimony

    and evidences for a jury trial.

4.  Plaintiff is currently housed in the prison infirmary recovering from surgery and is

    physically unable to pursue his case.



FILED

MAR - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

5.  While housed in the prison infirmary, plaintiff does not have access to any of his

    legal material, nor is he allowed to attend law library appointments while housed

    in the infirmary.

6.  Plaintiff does not have the ability to investigate the facts; identify, question, and

    depose of witnesses; and to access, analyze, and take possession of copies of his

    medical records from Delaware Department of Corrections, CMS, and/or any

    other health care provider due to his status as an inmate in accordance with

    Delaware state law.

DATED: March 5th, 2008

Pursuant to 28 U.S.C. § 1746

Russell Steedley
SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

# **Certificate of Service**

I, Russell Steedley, hereby certify that I have served a true and correct copy(ies) of the attached Motion for Appointment of Counsel upon the following parties/persons:

To: James E. Drnec, Esq.
711 King St
Wilmington, DE 19801
Attorney for defendant

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 5th day of Mar., 2008

Pursuant to 28 U.S.C. Section 1746

Russell Steedley
SBI # 245572 , D-INF Unit

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RUSSELL STEEDLEY,                                )
    Plaintiff,                               )
    v.                                       ) Civil Action # 07-448-- GMS
CORRECTIONAL MEDICAL SERVICES, Inc, et al.       )
    Defendants.                              )

AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR THE
APPOINTMENT OF COUNSEL

RUSSELL STEEDLEY, being duly sworn, deposes and says:

1.  I am the plaintiff in the above entitle case and I make this affidavit in support of
    my motion for the appointment of counsel.

2.  The complaint in this case alleges that the defendants have been deliberately
    indifferent and discriminatory toward plaintiff's needs to receive full and
    adequate treatment for his chronic Degenerative Joint Disease, which directly and
    indirectly led to wanton and needless suffering and that the status quo treatment
    by defendants has negatively impacted the plaintiff's health.

3.  The plaintiff has demanded a jury trial.

4.  Plaintiff has extremely limited resources at his disposal, which severely limits his
    ability to conduct the appropriate investigations, interview/depose witnesses and
    medical expert.

5.  Plaintiff is a layman of the law.

6.  Plaintiff is also a layperson regarding the field of medical practice.

7.  Plaintiff is currently housed in the prison infirmary, recovering from hip
    replacement surgery whereby he no longer has access to his legal material or to
    the prison's law library.

8. Plaintiff stay in prison infirmary could be a lengthy one.

9. This case may require substantial discovery of documents and depositions and subpoena of numerous witnesses.

10. It is not unusual for the court to appoint counsel to pro se litigant when specific limiting factors are involved, such as the complexity of the case and/or plaintiff's ability to represent himself as found in Montgomery v. Pinchak, 294 F.3d 492 (3rdCir.2002); and Tabron v. Grace, 6 F.3d 147 (3rdCir.1993).

WHEREFORE, the plaintiff's motion for appointment of counsel should be granted.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621, that the foregoing is true and correct.

Signed this ___5th___ day of ___March___, 2008.

Russell Steedley
SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

I/M Russell Sheeley

SBI# 274972      UNIT W-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk of the Court

United States District Court

844 N. King St., Lockbox 18

Wilmington, DE

19801-3570





41 USA

USA First-Class