IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RUSSELL STEEDLEY, )
    Plaintiff, )
  v. ) Civil Action #07-448-GMS
CORRECTIONAL MEDICAL SERVICES, Inc., et al, )
    Defendants. )

FILED
MAR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
RENEWED MOTION FOR APPOINTMENT OF COUNSEL

I, Russell Steedley, the plaintiff in the above caption, hereby submits the following response to the defendant's Motion to oppose appointment of counsel, in pursuant to 28 U.S.C. Section 1915:

1. Prior to the plaintiff's surgical procedure on January 21, 2008, he had unfettered access to the prison's Law Library, where he received invaluable legal assistance from jail-house lawyers. It was that access and legal assistance that allowed the plaintiff to file the complaint and previous motions, which conformed to federal Rules and Procedures. Plaintiff no longer has that access due to institutional policies governing inmates housed in the prison's infirmary.

2. The legal issues surrounding this case are indeed complex. The plaintiff argues that this may not be the case for a trained lawyer. However, the plaintiff is a layman of the law and medical profession. And despite plaintiff's numerous attempts to obtain legal counsel all of his pleas for help have failed.

3. Contrary to the defendant's position that because CMS finally provided the medical care outlined in the plaintiff's TRO/PI Motion and Memorandum, the cause of action in plaintiff's 1983 Complaint is not moot. If anything

CMS's approval of the medical procedure, though tardy, only strengthen and supports the plaintiff's claim of a serious medical condition – one of the four factors that he must prove in a Deliberate Indifference case. The issue in this case is why CMS's officials allowed the plaintiff to suffer needlessly and risk permanent injury, which are complex medical issues and other factors that will require extensive research. The plaintiff's imprisonment will greatly limit his ability to litigate this case even if he was not housed in the prison's infirmary because this case will likely involve substantial investigation and discovery.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the preparation and presentation of evidence and the cross-examination of opposing witnesses.

5. The court's approval of plaintiff's in forma pauperis supports his indigent status. Thus plaintiff's financial records confirm that he cannot afford to hire a lawyer.

6. The plaintiff is scheduled to undergo a long and arduous period of physical therapy that is certain to be mentally and physically draining, which may require strong pain-relief medication that is sure to negatively impact his mental faculties. Clearly, a plaintiff who lacks legal and medical training, who is convalescing following major surgery, who is not allowed or capable of conforming to federal Civil Rules and Procedures and perform all other relevant legal work and research because of institutional policies governing inmates

housed in prison's infirmary hampers plaintiff's ability to present his own case.

WHEREFORE, for the foregoing reasons, plaintiff respectfully requests this court approves of his request and Motion for Appointment of Counsel.

Date: March 16, 2008        Pursuant to 28 U.S.C. Section 1746

Russell Steedley

SBI# 00249572, D-INF Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

## Certificate of Service

I, Russell Steedley hereby certify that I have served a true and correct copy(ies) of the attached Motion to Reply to defendant's Opposition to Plaintiff's Motion for Appointment of Counsel upon the following:

To: James E. Drnec, Esq.
711 King St.
Wilmington, DE 19801
Attorney for Defendant CMS

Date: March 16, 2008

Pursuant to 28 U.S.C. Section 1746

Russell Steedley
SBI# 00249572, D-INF Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

I/M Russell Steckley
SBI# 279572    UNIT D-INS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
17 MAR 2008 PM 3 T

Office of the Clerk
United States District Court
844 King St, Lockbox 18
Wilmington, DE
19801