IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEEDLEY, | : | |
| | : | C.A. No. 07-448 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, INC., GAIL ELLER, | : | |
| UNKNOWN EMPLOYEES and | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| REGIONAL, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF RECORDS ONLY DEPOSITION**\*\*

TO:   Russell Steedley
      SBI# 249572
      Delaware Correctional Center
      1181 Paddock Rd.
      Smyrna DE 19977

PLEASE TAKE NOTICE that the undersigned attorney will take the records deposition of the below-listed physicians on *May 9, 2008 at 9:00 a.m*. at the office of Balick & Balick, LLC, 711 N. King St., Wilmington, DE  19801:

RICHARD DUSHUTTLE, M.D.
240 Beiser Blvd Ste 101
Richard P Dushuttle Md
Dover, DE 19904

\*\***SUBPOENA DUCES TECUM:**  Copies of all medical records pertaining to RUSSELL STEEDLEY.

\*\***Note:**  Personal appearance is waived if copies of the records are received in this office before May 9, 2008, the date of the deposition.

                                                            BALICK & BALICK, LLC

                                                             /s/ James E. Drnec
                                          James E. Drnec, Esquire (#3789)
                                          711 King Street
                                          Wilmington, Delaware 19801
                                          302.658.4265
                                          Attorneys for Defendants

Date:  April 18, 2008