CA 07-448 GMS

Russell Steedly
SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

June 10, 2008

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

RE: Request for Docket Sheet in Steedly v. CMS, C.A. No. 07-448

Dear Peter Daleo:

I, the plaintiff in the above caption case wishes to have a current Court Docket Sheet sent to me in order to prepare a response to the Medical defendants' Motion for Summary Judgment.

Very truly,

Russell Steedly

cc: file



FILED
JUN 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Russell Steedley
SBIH 00247532, W1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

June 10, 2008

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

RE: Request for Docket Sheet, in Steedley v. CMS, C.A No. 07-448

Dear Peter Daleo,

    I, the plaintiff in the above caption case wishes to have a current Court Docket Sheet sent to me in order to prepare a response to the Medical defendants' Motion for Summary Judgment.

Very truly,

Russell Steedley

cc: file

I/M Russell Steebley
SBI# 2+1522   UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

WILMINGTON DE 197
11 JUN 2008 PM 2 L

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE
(302) 573-3570