OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 12, 2008

TO:

Russell Steedley  
SBI# 249572  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

    **RE:  REQUEST FOR COPY OF DOCKET, C.A. NO.  07-448-GMS**

Dear Mr. Steedley:

    This is in response to your letter received <u>6/12/08</u> requesting a copy of the docket in the above noted civil action.

    Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. **A copy of the docket is enclosed, free of charge for this request only**.  Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                Sincerely,

/dzs                           PETER T. DALLEO  
                               CLERK

cc:   The Honorable Gregory M. Sleet