IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY, | ) |
|     Plaintiff, | ) |
| v. | ) C.A. No. 07-448-*** |
| | ) JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| GAIL ELLER, JOHN RUNDLE, and | ) |
| SCOTT ALTMAN. | ) |
|     Defendants. | ) |

MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Federal Rules of Civil Procedure, the plaintiff respectfully requests an extension of time for filing a response to the defendants' Motion for Summary Judgment, on the grounds that this is an extremely complicated case with medical issues that exceeds the plaintiff's ken. Plaintiff's access to the law library is severely limited and the plaintiff is a layperson to the law and of the federal procedures. WHEREFORE, the plaintiff respectfully requests that the court enter an order for an additional 30 days from the day of the current deadline to prepare and complete a response to the defendants' Motion for Summary Judgment.

Submitted this 24th day of June, 2008

Date: June 24, 2008

Russell Steedley, SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



## CERTIFICATE OF SERVICE

I, Russell Steedley, hereby certify that I have served a true and correct cop(ies) for the attached Motion for Enlargement of Time upon the following parties/persons:

To:   James E. Drnec, Esq.
      711 King St.
      Wilmington, DE 19801
      Attorney for defendants CMS

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __24__ day of June, 2008

Pursuant to 28 U.S.C. Section 1746

Russell Steedley, SBI#00249572, W-1
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEEDLEY,<br>    Plaintiff,<br>    v.<br><br>CORRECTIONAL MEDICAL SERVICES, INC.,<br>GAIL ELLER, JOHN RUNDEL, and<br>SCOTT ALTMAN.<br>    Defendants. | )<br>)<br>) Civil Action No.07-448-***<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the enclosed Motion for Enlargement of Time will be presented to this Honorable Court at the earliest possible convenience.

Date: June 24, 2008

Russell Steedley, SBI#00249572, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

IM Russell Steehley
SBI# 249572    UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

POSTAGE DUE 17¢

Office of the Clerk
United States District Court
844 N. King St Lockbox 18
Wilmington, DE
19801-3570

