## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 5th day of August, 2008, the foregoing Defendants Correctional Medical Services, Inc., John Rundle, and Scott Altman's Reply in Support of Motion for Summary Judgment was filed via CM/ECF and served First Class Mail upon the following:

        Russell Steedley
        SBI# 249572
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

                /s/ James E. Drnec
                James E. Drnec, Esquire (#3789)